CAROLINE PHILIPP, as Administratrix of the Estate of CHARLES PHILIPP, Deceased, Respondent, v. WALLACE M. SHAW et al., Defendants, and PROSPECT HEIGHTS HOSPITAL, Appellant.— In an action to recover damages for the death of plaintiff's intestate during an operation in the appellant's hospital, resulting from an explosion of anesthetic gases being administered, judgment entered on the verdict of a jury in favor of plaintiff reversed on the law and the facts and a new trial granted, with costs to abide the event. The verdict, implying that the explosion was caused by appellant's negligence, is against the weight of the evidence. Furthermore, it was prejudicial error to permit Dr. Shaw to be cross-examined with reference to statements contained in an article written by Dr. Green, to the effect that none of the sixty-three static fires referred to therein occurred under a setup which was regarded as offering maximum protection, and that in none of such cases was there present even such safeguards as were then being recommended, permitting the jury to draw the inference therefrom that the explosion involved in this accident could not have occurred if proper safeguards had been adopted. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

CHARLIEN PITTMAN et al., Appellants, v. KETAY'S HATCHERY et al., Respondents.— Action to recover damages for injury to person and property, for loss of services and for medical expenses. Plaintiffs appeal from a judgment in favor of defendants, entered on the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT RICCI, Appellant.— Order of the County Court, Queens County, denying an application, as in a *coram nobis* proceeding to vacate a judgment of conviction on the ground that appellant's constitutional rights were violated because of perjury of prosecution witnesses, and the deprivation of the right to counsel of his own choosing at all stages of the proceedings, affirmed. No opinion. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SAWICKI, Appellant.— Defendant appeals from an order of the County Court, Kings County, denying his application in the nature of *coram nobis* to vacate a judgment convicting him of burglary in the third degree and sentencing him to serve a term of ten to twenty years. Order affirmed. No opinion. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.